STATE OF NEW JERSEY, COMPLAINANT-RESPONDENT, IN THE INTEREST OF L. N., JUVENILE-APPELLANT.

Argued October 27, 1970 — Decided November 9, 1970.

*Mr. John M. Cannel,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Elson P. Kendall,* Assistant Prosecutor, argued the cause for respondent, (*Mr. Karl Asch,* Union County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Labrecque filed in the Appellate Division, 109 *N. J. Super.* 278.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.